# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                          Chapter 13

LISA M QUERCETTI                                    Bankruptcy No. 22-12499-MDC

2360 Upper Barness Road

Warrington, PA 18976-1811

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LISA M QUERCETTI

    2360 Upper Barness Road

    Warrington, PA 18976-1811

**Counsel for debtor(s), by electronic notice only.**
    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 11/30/2022                                                                                      /s/ Kenneth E. West

                                                                                         _____
                                                                                         Kenneth E. West, Esquire
                                                                                         Chapter 13 Standing Trustee