United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                               Case No. 22-12499-mdc

Lisa M Quercetti                                                 Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 2

Date Rcvd: Jan 05, 2023                            Form ID: 155                           Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa M Quercetti, 2360 Upper Barness Road, Warrington, PA 18976-1811 |
| 14722323 | + | Railroad Retirement Board, 844 N Rush St, Chicago, IL 60611-2092 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14722319 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2023 00:26:04 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14733733 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2023 00:26:01 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14722320 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 06 2023 00:37:04 | Citicards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14737596 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2023 00:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14735202 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14736964 | + | Email/Text: Documentfiling@lciinc.com | Jan 06 2023 00:24:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14722322 | | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2023 00:25:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14722324 | | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 00:25:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 14723748 | ^ | MEBN | Jan 06 2023 00:19:59 | Rocket Mortgage, LLC, fka Quicken Loans, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736857 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 06 2023 00:25:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14733891 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14722370 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2023 00:26:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14722325 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 06 2023 00:25:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14735616 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 06 2023 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14726967 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 06 2023 00:25:00 | US DEPARTMENT OF EDUCATION C/O |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 155 | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| | | | | NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14722321 | Email/Text: bk@lendingclub.com | | Jan 06 2023 00:25:00 | lending club corporation, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Lisa M Quercetti mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa M Quercetti
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−12499−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 5, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Magdeline D. Coleman
                                      Chief Judge ,
                                      United States Bankruptcy Court

                                                        21
                                                   Form 155