United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12499-djb
Lisa M Quercetti  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 15, 2025      Form ID: 138OBJ      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa M Quercetti, 2360 Upper Barness Road, Warrington, PA 18976-1811 |
| 14722323 | + | Railroad Retirement Board, 844 N Rush St, Chicago, IL 60611-2092 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 16 2025 00:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 16 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14722319 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2025 01:08:33 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14733733 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 16 2025 01:09:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14722320 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 16 2025 01:09:31 | Citicards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14737596 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2025 00:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14735202 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2025 01:09:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14736964 | + | Email/Text: Documentfiling@lciinc.com | Oct 16 2025 00:57:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14722322 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2025 00:57:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14748078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2025 01:25:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14722324 | | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 16 2025 00:57:00 | Rocket Mortgage, PO Box 6577, Carol Stream, IL 60197-6577 |
| 14723748 | ^ | MEBN | Oct 16 2025 00:56:10 | Rocket Mortgage, LLC, fka Quicken Loans, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736857 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 16 2025 00:57:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14722370 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2025 01:09:18 | Synchrony Bank by AIS InfoSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14722325 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 16 2025 00:57:00 | Toyota Financial Services, PO Box 5855, Carol |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: 138OBJ | Total Noticed: 20 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Stream, IL 60197-5855 |
| 14735616 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 16 2025 00:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14726967 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 16 2025 00:57:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 14722321 |  | Email/Text: Documentfiling@lciinc.com | Oct 16 2025 00:57:00 | lending club corporation, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14733891 | *+ | Synchrony Bank by AIS InfoSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Lisa M Quercetti mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Lisa M Quercetti support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 34 − 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Lisa M Quercetti | ) | Case No. 22−12499−djb |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 15, 2025                                                        For The Court

                                                                                                                                           Mohung Wong
                                                                                                                                           Clerk of Court